**John R. CLARK, Plaintiff–Appellant,**

v.

**Vernon RUSSELL; Law Firm of Plummer, Belo & Russell, PA; Footlocker, Inc., Defendants–Appellees.**

No. 12–1489.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 22, 2012.

Decided: Aug. 24, 2012.

John R. Clark, Appellant Pro Se. Joseph Paul Booth, III, Gabrielle Amber Pittman, Sharpless & Stavola, PA, Greensboro, North Carolina; Kerry Anne Shad, Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP, Raleigh, North Carolina, for Appellees.

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John R. Clark appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Clark v. Russell*, No. 1:11–cv–00526–CCE–LPA (M.D.N.C. Mar. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*